UNITED STATES OF AMERICA,

                              Plaintiff,                    Case No. 2:98-cr-00309-KJD-RJJ

          v.

HAKIM MOHAMMED WILLLIAMS,                    ORDER

                              Defendant.

          Based on the pending Stipulation of counsel, and good cause appearing therefore, the

Court orders that the status hearing currently scheduled for June 13, 2023, at the hour of

9:30 a.m., be vacated and continued to July 5, 2023 at the hour of 10:00 a.m. in courtroom

4A.

          DATED this 12 day of June 2023.


                              _____

                              HONORABLE KENT J. DAWSON
                              UNITED STATES DISTRICT JUDGE