JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
supriya.prasad@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:98-cr-00309-KJD-RJJ |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL** |
| vs. | |
| HAKIM MOHAMMED WILLIAMS, | |
| Defendant. | |

## MOTION TO WITHDRAW AS COUNSEL

SUPRIYA PRASAD, Assistant United States Attorney, respectfully moves to withdraw as counsel in this matter. The United States will continue to be represented by co-counsel of record.

Dated this 27th day of March, 2024.

JASON M. FRIERSON
United States Attorney

*/s/ Supriya Prasad*
SUPRIYA PRASAD
Assistant United States Attorney
District of Nevada

1

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:98-cr-00309-KJD-RJJ |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW AS COUNSEL** |
| HAKIM MOHAMMED WILLIAMS, | |
| Defendant. | |

### ORDER

This matter comes before the Court on the Motion to Withdraw SUPRIYA PRASAD's

appearance as counsel for the United States of America. Upon consideration of the same,

the Court grants the motion.

**IT IS THEREFORE ORDERED** that the appearance of SUPRIYA PRASAD in

the above-referenced case is withdrawn.


DATED this ___27___ day of ___March___, 2024.


_____
HONRABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

2